· CHARLES BALANCE, appellant *v.* WILLIAM FRISBY and · GEORGE T. METCALF, appellees.

*Appeal from Peoria.*

The prayer for an appeal from the Circuit to the Supreme Court, may be made at any time during the term in which the judgment is rendered.

THE appellees moved the Court to dismiss this appeal, for the reason that "the appeal was not prayed at the time of rendering the judgment in 'the Court below, but several days afterwards."

The record shows that the judgment of the Court below was rendered on the 16th day of October, 1839; that the appellant moved for a new trial on the 23d of the same month, which was overruled on the same day; and that on the 26th of the same month, the appeal was prayed and granted. All these proceedings were had at the October term of the Court below.

W. FRISBY, for the appellees.

C. WALKER, for the appellant.

*Per Curiam:*

The appeal was prayed in due season. The practice has been uniformly to permit appeals to be prayed for at any time during the term of the Court in which the judgment is rendered.

The motion is overruled.

*Motion overruled.*

(1) Gale's Stat.